AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Rosa I. Mendez,

            Plaintiff,

v.

Kilolo Kijakazi,

            Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:19-cv-00368-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff's attorney, the Law Offices of Rohlfing & Kalagian, LLP, is awarded attorneys' fees pursuant to 42 U.S.C. § 406(b) in the amount of $13,750.00. IT IS FURTHER ORDERED that the Law Offices of Rohlfing & Kalagian, LLP shall reimburse Plaintiff the amount of $2,975.00 for EAJA fees previously paid by the Commissioner.

10/15/2021
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk